January 15, 2010

Mr. David C. Holmes
The Solomon Law Firm
2950 North Loop West, Suite 500
Houston, TX 77092
Mr. Ross A. Sears II
Sears Crawford, L.L.P.
1200 Rothwell Street
Houston, TX 77002

RE: Case Number: 08-0669
 Court of Appeals Number: 14-07-00270-CV
 Trial Court Number: 2005-46388

Style: DAN KELLY AND LAURA HOFSTATTER
 v.
 GENERAL INTERIOR CONSTRUCTION, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Theresa Chang |
| |Mr. Christopher A. |
| |Prine |